UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| JASON DEEM, <br> JOSEPH PIERSON, <br><br> Plaintiffs, <br><br> vs. <br><br> TRIPLETT STRIPING, INC., <br><br> Defendant. | ) ) ) ) ) ) ) No. 4:11-cv-00147-TWP-WGH ) ) ) ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation on Plaintiff's Motion to Conditionally Proceed as a Collective Action (Dkt. 33). Parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections. The District Judge, having considered the Magistrate Judge's Report and Recommendation and the lack of objections, approves and adopts the Magistrate Judge's Report and Recommendation. Accordingly, Plaintiff's Motion to Conditionally Proceed as a Collective Action (Dkt. 19) is granted.

Date: 11/19/2012

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Amy L. Zawacki
ALLOTTA FARLEY & WIDMAN
azawacki@afwlaw.com

Marilyn Lee Widman
ALLOTTA FARLEY & WIDMAN CO., LPA
mwidman@afwlaw.com

Elijah D. Baccus
ALLOTTA FARLEY WICHMAN CO. LPA
ebaccus@afwlaw.com

Justin E. Endres
YOUNG LIND ENDRES & KRAFT
jendres@ylek.com